IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF THE SEARCH OF: )
)
The Premises Known As            ) Magistrate No. 05-12 ME
Samir's Market                   )
1022 State Street                )
Erie, Pennsylvania  16501        )

### O R D E R

AND NOW, to wit, this __4th__ day of October, 2006, it appearing to the Court that the search of the above-captioned premises has been executed, and upon the representation of the United States Attorney's Office that there is no further necessity that the Search Warrant, Affidavit and Return remain sealed,

IT IS HEREBY ORDERED that the Search Warrant, Affidavit and Return filed at the above number and sealed on February 11, 2005, are hereby UNSEALED.

        s/Susan Paradise Baxter
        UNITED STATES MAGISTRATE JUDGE

cc:  U.S. Attorney